PO Box 15131
Wilmington, DE 19850-5131

| ACCOUNT NUMBER: | XXXXXXXXXXXX3597 |
|---|---|
| NCI ID: | 21001142567 |
| ACCOUNT BALANCE: | $6,228.27 |
| AMOUNT ENCLOSED: | |

24-hour account access: https://myaccount.ncirm.com
o Change of address: Print New Address on Back

002/C90/C90/01/02/2021/FL

MARLINE JOSEPH
2021 FILLMORE ST APT 4
HOLLYWOOD FL 33020-4087

REMIT TO:
NATIONWIDE CREDIT, INC.
PO Box 15130
Wilmington, DE 19850-5130

01 21001142567 9

*** Please See Reverse Side of This Letter for Important Consumer Information ***
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window



**Nationwide Credit, Inc.**
PO Box 15130
Wilmington, DE 19850-5130
Monday-Friday 8 AM to 6 PM ET
1-877-770-5010
myaccount.ncirm.com

Original Creditor: JPMORGAN CHASE BANK, N.A.
Account Number: XXXXXXXXXXXX3597
Account Balance: $6,228.27
Date: 01/02/2021

 Nationwide Credit, Inc. has a Better Business Bureau Rating of A+

myaccount.ncirm.com

➢ 24-hour Access
➢ Make or Reschedule a Payment
➢ Change your Contact Information
➢ Tell Us How You Would Like Us to Contact You
➢ And More...

Your outstanding balance with the above referenced creditor is past due and has been referred to Nationwide Credit, Inc.("NCI") for collection. The Account Balance is shown above.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This demand for payment does not eliminate your right to dispute this debt or inquire for more information about this debt. If you send a written notification to this office, as described in the previous paragraphs, NCI will (a) cease collection activities until such time as NCI obtains and sends you the verification as described in the above paragraphs and;(b) extend the due date on these offers as long as the account remains referred to NCI by the creditor.

At this time, we are pleased to present the following 2 options to resolve your account:

**Option 1: Pay your Balance in a single payment**
This option allows you to pay off your Account Balance by making a single payment for **$6,228.27**.

**Option 2: Pay a portion of your balance (Settlement - Opportunity for 65% Discount)**
Pay 35% of your Account Balance by making a single payment in the amount of **$2,179.89** on or before **02/05/2021**. After satisfaction of this payment, your account will be reported to the creditor as settled. Please note that NCI is not obligated to renew this offer.

**Payment Methods:**

| Secure Online Portal: | Pay by phone: | Pay by Mail: | Western Union | Moneygram | Bankwire |
|---|---|---|---|---|---|
| URL: myaccount.ncirm.com | Call Toll free | Send your check or money order to | 1 (800) 225-5227 | Company Name: | Nationwide Credit, Inc |
| Login with your NCI ID: 21001142567 | 1-877-770-5010 | NATIONWIDE CREDIT, INC. | Code City: Money | Nationwide Credit, Inc. | ABA#: 121000248 |
| Password: Last 4 digits of your SSN | | PO Box 15130 Wilmington, DE 19850-5130 | Code State: GA | Receiver Code: 2302 | Acct #: 4121714612 |
| | | Reference: 21001142567 | Account #: 21001142567 | Account#: 21001142567 | Ref#: 21001142567 |

Sincerely,

Nationwide Credit, Inc.

This communication is an attempt to collect a debt by a debt collector or consumer collection agency and any information obtained will be used for that purpose.